Clerk's Home (http://www.miami-dadeclerk.com/home.asp)
Online Services (http://www.miami-dadeclerk.com/online_services.asp)
About Us (http://www.miami-dadeclerk.com/about.asp)
Contact Us (http://www.miami-dadeclerk.com/contact.asp)
My Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

 Back to Search

### INNOVA INVESTMENT GROUP, LLC VS VILLAGE OF KEY BISCAYNE

**Local Case Number:** 2018-038485-CA-01

**Filing Date:** 11/14/2018

**State Case Number:** 132018CA038485000001

**Case Type:** Other Civil Complaint

**Consolidated Case No.:** N/A

**Judicial Section:** CA11

**Case Status:** OPEN

---

👥 **Parties**   **Number of Parties: 2** 

---

⚖ **Hearing Details**   **Number of Hearing: 0** 

---

📡 **Dockets**   **Dockets Retrieved: 22** 

⮕Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 21 | 05/28/2019 | | Amended Complaint | Event | |
| 📄 | 20 | 04/26/2019 | | Order: | Event | **GRANTING MTN TO DISMISS 30 DAYS LEAVE TO AMEND** |
| 📄 | 19 | 04/03/2019 | | Notice of Hearing Before General Magistrate | Event | **04-22-19** |
| 📄 | 18 | 03/08/2019 | | Notice of Hearing Before General Magistrate | Event | **04/23/2019** |
| 📄 | 16 | 03/04/2019 | | Order of Referral to General Magistrate | Event | |
| 📄 | 17 | 03/01/2019 | | Notice of Answer to Interrogatories | Event | |
| 📄 | 15 | 02/19/2019 | | Request for Hearing | Event | |
| 📄 | 14 | 01/28/2019 | | Motion to Dismiss | Event | *Parties: Rosengarten Richard B.; Village of Key Biscayne* |
| 📄 | 13 | 01/24/2019 | | Notice of Interrogatory | Event | |
| 📄 | 12 | 01/18/2019 | | Amended Complaint | Event | |
| 📄 | 11 | 01/03/2019 | | Request for Hearing | Event | |
| 📄 | 10 | 12/06/2018 | | Motion to Dismiss | Event | *Parties: Village of Key Biscayne* |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
|  | 11/26/2018 |  | 20 Day Summons Issued | Service |  |
| 9 | 11/23/2018 |  | Service Returned | Event |  |
| 8 | 11/21/2018 |  | Receipt: | Event | **RECEIPT#:3470011 AMT PAID:$5.00 NAME:ESTEVEZ, MATTHEW MATTHEW ESTEVEZ 9600 NW 25TH STREET SUITE 2A MIAMI FL 33172 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3142-RECORDING FEE 1 $5.00 $5.00 TENDER TYPE:E-FILING ACH TENDER AMT** |
| 6 | 11/20/2018 |  | Receipt: | Event | **RECEIPT#:3490127 AMT PAID:$10.00 NAME:ESTEVEZ, MATTHEW MATTHEW ESTEVEZ 9600 NW 25TH STREET SUITE 2A MIAMI FL 33172 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDE** |
| 5 | 11/19/2018 |  | ESummons 20 Day Issued | Event | *Parties: Village of Key Biscayne* |
| 7 | 11/16/2018 | 31227:2763 | Lis Pendens | Event |  |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 3 | 11/16/2018 | | Receipt: | Event | **RECEIPT#:3410205 AMT PAID:$401.00 NAME:ESTEVEZ, MATTHEW** MATTHEW ESTEVEZ 9600 NW 25TH STREET SUITE 2A MIAMI FL 33172 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TEN |
| 4 | 11/15/2018 | | (A) 20 Day (C) Summons (Sub) Received | Event | |
| 2 | 11/14/2018 | | Complaint | Event | |
| 1 | 11/14/2018 | | Civil Cover | Event | |

◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: https://www8.miamidade.gov/global/disclaimer/disclaimer.page (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)



Clerk's Home (http://www.miami-dadeclerk.com/home.asp)   |
Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)   |
Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)   |
Contact Us (http://www.miami-dadeclerk.com/contact.asp)   |
About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.