UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cv-22540-GAYLES/OTAZO-REYES

**INNOVA INVESTMENT GROUP, LLC**,

    Plaintiff,

v.

**VILLAGE OF KEY BISCAYNE**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report") [ECF No. 70] regarding Defendant Village of Key Biscayne's Verified Motion for Attorneys' Fees and Costs (the "Motion") [ECF No. 60]. On November 14, 2018, Plaintiff filed this action in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, against Defendant, bringing claims to quiet title and for filing false documents under Florida Statute § 817.535. [ECF No. 1-2]. On June 19, 2019, Defendant removed this action based on federal question jurisdiction as to Plaintiff's claims under 42 U.S.C. § 1983 and supplemental jurisdiction as to Plaintiff's request for declaratory relief. [ECF No. 1].

On November 7, 2019, Plaintiff filed its Third Amended Complaint against Defendant, bringing claims for: (1) Eighth Amendment Excessive Fines in violation of § 1983 (Count I); (2) First Amendment Right to Seek Redress in violation of § 1983 (Count II); (3) Fifth Amendment Takings Clause in violation of § 1983 (Count III); and (4) Declaratory Relief (Count IV). [ECF No. 20]. On November 18, 2019, Defendant moved to dismiss the Third Amended Complaint.

[ECF No. 23]. On November 18, 2020, the Court granted Defendant's Motion to Dismiss, dismissing Counts I, III, and IV with prejudice and Count II without prejudice. [ECF No. 37].

On February 13, 2021, Plaintiff filed its Fourth Amended Complaint, bringing a single § 1983 claim pursuant to the First Amendment. [ECF No. 45]. On February 18, 2021, Defendant moved to dismiss the Fourth Amended Complaint. [ECF No. 47]. On April 30, 2021, the Court granted Defendant's Motion to Dismiss and Plaintiff's Fourth Amended Complaint with prejudice. [ECF No. 56]. On May 28, 2021, Plaintiff appealed both orders of dismissal to the United States Court of Appeals for the Eleventh Circuit, [ECF No. 57], which remains pending. *See Innova Inves. Grp., LLC v. Village of Key Biscayne*, Case No. 21-11877 (11th Cir. June 19, 2019).

On June 29, 2021, Defendant filed the instant Motion seeking $37,713.10 in attorneys' fees and costs. [ECF No. 60]. On December 1, 2021, the Court referred the Motion to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation on the Motion. [ECF No. 67]. On January 31, 2022, Judge Otazo-Reyes issued her Report recommending that the Motion be granted as to Defendant's requests for costs in the amount of $400.00 and otherwise be denied. [ECF No. 70]. No objections were timely filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having conducted a review of the Report for clear error, the Court agrees with Judge Otazo-Reyes's well-reasoned analysis and conclusion that the Motion be granted as to Defendant's request for an award of costs in the amount of $400.00 and that the Motion otherwise be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 70], is **AFFIRMED AND ADOPTED** and incorporated into this order by reference.

2. Defendant Village of Key Biscayne's Verified Motion for Attorneys' Fees and Costs, [ECF No. 60], is **GRANTED in part** and **DENIED in part**.

3. Defendant Village of Key Biscayne shall be only awarded costs in the sum of $400.00, for which let execution issue.

4. The Court shall retain jurisdiction over this matter to enter any further orders that may be necessary.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE